# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2021

### NO. 03-20-00162-CR

**Curtis A. Fenderson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to reflect that the offense was a second-degree felony and that the "statute for offense" is "22.01(b-2) Texas Penal Code." The judgment as modified is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.